# EXHIBIT 1

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,997,536**
**Registered Sep. 20, 2005**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# PADDINGTON BEAR

PADDINGTON & COMPANY (UNITED KINGDOM CORPORATION)

CECIL HOUSE ST. ANDREW STREET HERTFORD

HERTFORDSHIRE, UNITED KINGDOM SG14 IJA

FOR: PRE-RECORDED CD'S FEATURING STORIES AND MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,553,767 AND 2,715,910.

SER. NO. 78-422,734, FILED 5-21-2004.

CHRISIE B. KING, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# PADDINGTON BEAR

**Reg. No. 4,420,579**

**Registered Oct. 22, 2013**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PADDINGTON AND COMPANY LIMITED (UNITED KINGDOM CORPORATION)
170 FINCHLEY ROAD
SUMMIT HOUSE
LONDON, UNITED KINGDOM NW36BP

FOR: MOTION PICTURE FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; EXPOSED CINEMATOGRAPHIC FILMS; ANIMATED MOTION PICTURE FILMS AND FILM SERIES PREPARED FOR TELEVISION AND CINEMA FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATIONS; VIDEO AND DATA RECORDINGS AND CARRIERS, NAMELY, VIDEO TAPES AND DVDS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; PRE-RECORDED FILMS INCORPORATED INTO DISCS, DVDS, CDS, LASER DISKS, VIDEO TAPES AND CASSETTES FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; APPARATUS FOR THE REPRODUCTION OR TRANSMISSION OF SOUND AND/OR IMAGES, NAMELY, BLANK DIGITAL STORAGE MEDIA AND MULTIMEDIA PROJECTORS FOR SOUND AND/OR IMAGES; VIDEO RECORDINGS AND SOUND RECORDINGS FEATURING CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND/OR ANIMATION IN ELECTRONIC FORM DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE PUBLICATIONS IN ELECTRONIC FORM IN THE NATURE OF BOOKS IN THE FIELD OF CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND ANIMATIONS SUPPLIED ON-LINE FROM COMPUTER DATABASES, FROM THE INTERNET OR ANY OTHER COMMUNICATIONS NETWORK; INTERACTIVE VIDEO GAME PROGRAMMES, COMPUTER GAME PROGRAMMES, COMPUTER PROGRAMMES FOR VIDEO AND COMPUTER GAMES; INTERACTIVE MULTIMEDIA SOFTWARE AND ASSOCIATED COMPUTER HARDWARE FEATURING AUDIO AND VIDEO ENTERTAINMENT; ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS IN THE FIELD OF CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND ANIMATION MOTION PICTURE FILMS RECORDED IN COMPUTER MEDIA; DOWNLOADABLE AUDIO AND VIDEO RECORDINGS AND FILES FEATURING MUSIC, COMEDY, DRAMA, ACTION/ADVENTURE AND/OR ANIMATION; COMPUTER PROGRAMMES, NAMELY, COMPUTER GAME SOFTWARE; DOWNLOADABLE RINGTONES VIA THE INTERNET, GLOBAL COMPUTER NETWORKS AND WIRELESS DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

FOR: EDUCATIONAL SERVICES, NAMELY, CLASSES, SEMINARS, CONFERENCES AND WORKSHOPS IN THE FIELD OF EARLY CHILDHOOD EDUCATION; SPORTING AND CULTURAL ACTIVITIES, NAMELY, ORGANIZATION OF CHILDREN'S ENTERTAINMENT ACTIVITIES AND CULTURAL EVENTS; ENTERTAINMENT SERVICES IN THE NATURE OF ON-GOING LIVE ACTION, COMEDY, DRAMA AND/OR ANIMATED TELEVISION

Deputy Director of the United States Patent and Trademark Office

**Reg. No. 4,420,579**

PROGRAMMES; PRESENTATIONS OF THEATRICAL PERFORMANCES BY VISUAL AND AUDIO PERFORMANCE OF ACTORS AND MUSICIANS BY LIVE ACTION AND THROUGH ANIMATED FILMS; PRODUCTION, PREPARATION, PRESENTATION, DISTRIBUTION AND RENTAL OF TELEVISION AND RADIO PROGRAMMES AND ANIMATED MOTION PICTURE FILMS; PRODUCTION, PREPARATION, PRESENTATION, AND RENTAL OF VIDEOS AND DVDS FEATURING CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND ANIMATED MOTION PICTURE FILMS; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE PRESENTATIONS OF VIDEOS FEATURING CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND ANIMATED MOTION PICTURE FILMS; PRODUCTION AND RENTAL OF COMPUTER GAME SOFTWARE; RENTAL OF MOTION PICTURE AND ANIMATED FILMS, VIDEOS, DVDS, SOUND AND VISUAL RECORDS; PUBLICATION OF PRINTED MEDIA, NAMELY, PRINTED BOOKS, MAGAZINES AND PERIODICALS; ARRANGING AND CONDUCTING EXHIBITIONS, NAMELY, CHILDREN'S ENTERTAINMENT SHOWS, AND CULTURAL SHOWS ALL FOR ENTERTAINMENT PURPOSES; EDUCATION AND ENTERTAINMENT SERVICES PROVIDED VIA THE INTERNET OR OTHER COMPUTER OR COMMUNICATIONS NETWORKS INCLUDING WIRELESS, CABLE OR SATELLITE, NAMELY, CHILDREN'S ENTERTAINMENT IN THE NATURE OF ONLINE VIDEO GAMES AND PUZZLES, ONLINE INTERACTIVE CHILDREN'S STORIES, CONTINUING CHILDREN'S PROGRAMS; INFORMATION RELATING TO EDUCATION AND ENTERTAINMENT PROVIDED ONLINE FROM A COMPUTER DATA BASE OR THE INTERNET, NAMELY, INFORMATION IN THE FIELDS OF EDUCATION AND ENTERTAINMENT FOR CHILDREN; ELECTRONIC GAMES SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK, NAMELY, PROVIDING ONLINE ELECTRONIC GAMES; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF ELECTRONIC BOOKS AND MAGAZINES IN THE FIELD OF CHILDREN'S EDUCATION AND ENTERTAINMENT; PROVIDING INTERACTIVE MULTI-PLAYER COMPUTER GAMES ON-LINE VIA THE INTERNET AND ELECTRONIC COMMUNICATIONS NETWORKS; ORGANIZATION AND CONDUCT OF ENTERTAINMENT, GAMES AND COMPETITIONS, NAMELY, SPORTS COMPETITIONS AND GAMES AND COMPETITIONS AND GAMES IN THE FIELD OF CHILDREN'S ENTERTAINMENT; AMUSEMENT AND THEME PARK SERVICES; PROVIDING TRAINING IN THE FIELDS OF CHILDREN'S ENTERTAINMENT AND EDUCATION; OUTDOOR AND INDOOR LIVE EVENTS IN THE NATURE OF CHILDREN'S ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 010867653, FILED 5-8-2012, REG. NO. 010867653, DATED 10-2-2012, EXPIRES 5-8-2022.

OWNER OF U.S. REG. NOS. 2,659,785, 3,408,840 AND OTHERS.

SER. NO. 85-629,344, FILED 5-18-2012.

DAYNA BROWNE, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,659,785**

**United States Patent and Trademark Office** **Registered Dec. 10, 2002**

**TRADEMARK**
**PRINCIPAL REGISTER**

# PADDINGTON

PADDINGTON & COMPANY (UNITED KINGDOM COMPANY)
CECIL HOUSE
ST. ANDREW STREET HERTFORD
HERTFORDSHIRE, UNITED KINGDOM SG14 1JA

FOR: STATIONERY WRITING PAPER AND PAPER ENVELOPES, CARDBOARD CONTAINERS AND CARDBOARD CARTONS; CHILDREN'S BOOKS, CHILDREN'S MAGAZINES AND COMIC BOOKS, PRINTED CHILDREN'S ACTIVITY BOOKS, STATIONERY, PENS, PENCILS, MARKERS, AND CRAYONS; PENCIL BOXES, NAMELY, CASES FOR PENS, PENCILS, ERASERS, RULERS, AND PENCIL SHARPENERS; PICTURES, PHOTOGRAPHS AND ART PRINTS, POSTERS, ARTISTS' BRUSHES, PAINTING SETS, PASTELS, PENS, AND PENCILS; RUBBER STAMPS AND INK PADS, MEMORANDUM AND NOTICE BOARDS; INSTRUCTIONAL AND TEACHING MATERIALS FOR CHILDREN, DECALCOMANIAS AND STICKERS, GREETING CARDS AND POSTCARDS, BOOK MARKS, PAPER COASTERS, PLAYING CARDS; BOOK ENDS, PAPER WEIGHTS, DECORATIVE PAPER CENTERPIECES; DECORATIVE PENCIL TOP ORNAMENTS; KNITTING , EMBROIDERY AND CLOTHING DESIGN PATTERNS; CALENDARS AND DIARIES; HEIGHT CHARTS; PAPER PARTY HATS; DISPOSABLE DIAPERS; WRITING PADS, BOOKPLATES, WRAPPING PAPER, PAPER GIFT TAGS, PAPER TABLE CLOTHS PAPER TABLE MATS AND PAPER TABLE NAPKINS, TISSUE PAPER, PAPER TOWELS; PAPER GIFT BAGS; AND CAKE DECORATIONS MADE OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1958; IN COMMERCE 0-0-1960.

SN 75-457,391, FILED 3-26-1998.

MARK T. MULLEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# PADDINGTON

**Reg. No. 4,428,149**

**Registered Nov. 5, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

PADDINGTON & COMPANY (UNITED KINGDOM COMPANY)
SUMMIT HOUSE
170 FINCHLEY ROAD
LONDON, UNITED KINGDOM NW36BP

FOR: CALENDARS; DIARIES; NOTEBOOKS; TRAVEL JOURNALS; STATIONERY SETS THAT ALSO INCLUDE GRADUATED RULERS SOLD AS A SET; ERASERS, PENCIL SHARPENERS, PENCILS, PENS AND GRADUATED RULERS SOLD AS A SET; CHILDREN'S ACTIVITY BOOKS; BOOK MARKS; PAPER COASTERS; COLORING BOOKS; STICKER BOOKS; COATED CARDBOARD COASTERS; AND DECORATIVE POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,659,785, 3,408,840 AND OTHERS.

SER. NO. 85-839,997, FILED 2-4-2013.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Deputy Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

United States of America
United States Patent and Trademark Office

# PADDINGTON

**Reg. No. 4,948,551**

**Registered May 3, 2016**

**Int. Cls.: 9, 18, 21, 25, 28, 29, 30, 35 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Director of the United States
Patent and Trademark Office

PADDINGTON AND COMPANY LIMITED (UNITED KINGDOM PRIVATE LIMITED COMPANY)
SUMMIT HOUSE, 170 FINCHLEY ROAD
LONDON NW3 6BP
UNITED KINGDOM

FOR: MOTION PICTURE FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; CINEMATOGRAPHIC FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; ANIMATED FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; CINEMATOGRAPHIC FILMS PREPARED FOR EXHIBITION FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; MOTION PICTURE FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION AND DOWNLOADABLE PROGRAMMES PREPARED FOR TELEVISION FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; FILMS AND PROGRAMMES PREPARED FOR CINEMA FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; VIDEO AND DATA RECORDINGS AND CARRIERS, INCLUDING VIDEO TAPES AND DVDS, FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION; DOWNLOADABLE VIDEO AND AUDIO CONTENT FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION, IMAGES IN THE FIELD OF CHILDREN'S ENTERTAINMENT AND ANIMATION, GRAPHICS IN THE FIELD OF CHILDREN'S ENTERTAINMENT AND ANIMATION, AND MUSIC PROVIDED BY A TELECOMMUNICATIONS NETWORK, BY ON-LINE DELIVERY AND BY WAY OF THE INTERNET OR OTHER COMPUTER OR COMMUNICATIONS NETWORKS; PRE-RECORDED FILMS FEATURING CHILDREN'S ENTERTAINMENT AND ANIMATION INCORPORATED INTO DISCS, DVDS, CDS, LASER DISCS, VIDEO TAPES AND CASSETTES; APPARATUS FOR THE STORAGE, REPRODUCTION, TRANSMISSION OR PROJECTION OF SOUND AND/OR IMAGES, NAMELY, BLANK DIGITAL STORAGE MEDIA, MULTIMEDIA PROJECTORS, TELEVISIONS, MOBILE TELEPHONES, SMART PHONES, COMPUTERS, MP3 PLAYERS, PORTABLE ELECTRONIC BOOK READERS; VIDEO RECORDINGS AND SOUND RECORDINGS FEATURING CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND/OR ANIMATION IN ELECTRONIC FORM DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE IMAGE FILES IN THE FIELD OF CHILDREN'S ENTERTAINMENT AND ANIMATION; DOWNLOADABLE PUBLICATIONS IN ELECTRONIC FORM, NAMELY, BOOKS, MAGAZINES, JOURNALS AND NEWSLETTERS ABOUT CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND/OR ANIMATION SUPPLIED ON-LINE FROM COMPUTER DATABASES, FROM THE INTERNET OR ANY OTHER COMMUNICATIONS NETWORK; ELECTRONIC AND COMPUTERISED VIDEO GAME SOFTWARE; VIDEO GAMES SOFT-

**Reg. No. 4,948,551**

WARE; INTERACTIVE SOFTWARE FOR WATCHING, DOWNLOADING, AND STREAMING AUDIO AND VIDEO ENTERTAINMENT AND ASSOCIATED COMPUTER HARDWARE FEATURING ENTERTAINMENT; ELECTRONIC PUBLICATIONS RECORDED ON COMPUTER MEDIA, NAMELY, BOOKS, MAGAZINES, JOURNALS AND NEWSLETTERS ABOUT CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND/OR ANIMATION; DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, JOURNALS AND NEWSLETTERS ABOUT CHILDREN'S ENTERTAINMENT, COMEDY, DRAMA AND/OR ANIMATION; DOWNLOADABLE AUDIO AND VIDEO RECORDINGS AND FILES FEATURING MUSIC, COMEDY, DRAMA, ACTION, ADVENTURE AND/OR ANIMATION; COMPUTER PROGRAMS BEING DOWNLOADABLE SOFTWARE FOR WATCHING, DOWNLOADING, STREAMING AUDIO AND VIDEO ENTERTAINMENT; DOWNLOADABLE RING TONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: LEATHER AND IMITATIONS OF LEATHER; ANIMAL SKINS, HIDES; LEATHER BOXES; TRUNKS AND TRAVELLING BAGS; LUGGAGE; SUITCASES; RUCKSACKS; SCHOOL BAGS; DUFFLE BAGS; HOLDALLS; TOTE BAGS; BEACH BAGS; HANDBAGS; PURSES; WALLETS; UMBRELLAS AND PARASOLS; WALKING STICKS; HARNESS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, COOKING AND SERVING FORKS, COOKING AND SERVING SPOONS, CHOPSTICKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; PLATES; CUPS; SAUCERS; MUGS; JUGS; POTS; DISHES; BOWLS; BEVERAGE GLASSES, DRINKING VESSELS AND BARWARE, NAMELY, BOTTLE OPENERS, ICE BUCKETS, COCKTAIL SHAKERS, CORKSCREWS AND BEVERAGE STIRRERS; NAPKIN RINGS; COASTERS BEING TABLEWARE NOT OF PAPER AND OTHER THAN TABLE LINEN; PAPER PLATES; RUBBER GLOVES FOR DOMESTIC USE; PLASTIC EGG HOLDERS FOR DOMESTIC USE; LAUNDRY BASKETS FOR DOMESTIC OR HOUSEHOLD USE; TRAYS FOR DOMESTIC USE; WASTE BINS FOR HOUSEHOLD USE; SOAP BOXES; PICNIC BOXES SOLD EMPTY; LUNCH BOXES; BREAD BOXES; BOTTLES SOLD EMPTY; COSMETIC UTENSILS, NAMELY, COSMETIC BRUSHES, NON-WOVEN FABRIC COSMETIC WIPES; TOILET UTENSILS, NAMELY, TOILET BRUSHES, TOILET BOWL CLEANERS IN THE NATURE OF TOILET SPONGES; TOILET PAPER HOLDERS; COMBS AND BATH SPONGES; BRUSHES EXCEPT PAINTBRUSHES, NAMELY, HAIR BRUSHES, MANICURE BRUSHES, CLOTHES BRUSHES, LINT BRUSHERS, SHAVING BRUSHES, TOOTHBRUSHES AND PASTRY BRUSHES; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLEANING CLOTHS, CLEANING RAGS, CLEANING SPONGES AND STEEL WOOL; UNWORKED OR SEMIWORKED GLASS EXCEPT GLASS USED IN BUILDING; GLASSWARE, PORCELAIN AND EARTHENWARE, IN THE NATURE OF PLATES, CUPS, MUGS, SAUCERS, JUGS, POTS, DISHES AND BOWLS; BEVERAGE GLASSWARE, STATUES, FIGURINES, PLAQUES AND WORKS OF ART, MADE OF PORCELAIN, TERRA-COTTA OR GLASS; CERAMIC ORNAMENTS; CHINAWARE, NAMELY, PLATES, CUPS, MUGS, SAUCERS, JUGS, POTS, DISHES AND BOWLS; NON-METAL MONEY BOXES; BABY BATHTUBS; TOY BANKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS; T-SHIRTS; SWEATSHIRTS; SWEATERS; DRESSES; SKIRTS; BLOUSES; KNITWEAR, NAMELY, JUMPERS; DUNGAREES; JOGGING SUITS; TROUSERS; JEANS; PANTS; SHORTS; TANK TOPS; COATS; JACKETS; ANORAKS; RAINWEAR; RAINCOATS; RAINPROOF JACKETS; SNOW SUITS; SLEEPWEAR; PYJAMAS; LINGERIE; UNDERWEAR; SOCKS; SLIPPER SOCKS; FOOTWEAR; BOOTS; WELLINGTON BOOTS; SHOES; SLIPPERS; SNEAKERS; SANDALS; BOOTIES; HEADWEAR; HATS; CAPS; SWIMMING CAPS; SCARVES; GLOVES; MITTENS; APRONS; TABARDS; ROBES; TIGHTS; TIES; FABRIC BELTS; WAIST BELTS; BELTS MADE OF LEATHER; SUSPENDERS; SUN VISORS; SWIMWEAR; CLOTH BIBS; COSTUMES, NAMELY, SWIMMING COSTUMES; FANCY DRESS COSTUMES IN THE NATURE OF COSTUMES FOR CHILDREN'S ENTERTAINMENT; MASQUERADE COSTUMES; COSTUMES FOR USE IN ROLE-PLAYING GAMES; COSTUMES FOR USE IN CHILDREN'S DRESS UP PLAY, IN CLASS 25 (U.S. CLS. 22 AND 39).

**Reg. No. 4,948,551**

FOR: PLUSH TOYS; FABRIC TOYS IN THE NATURE OF STUFFED TOYS; BATHTUB TOYS; INFLATABLE TOYS; CHILDREN'S MULTIPLE ACTIVITY TOYS; RIDE-ON TOYS; RIDE-ON TOY VEHICLES; PLAYING CARDS; CARD GAMES; TOY VEHICLES; BOARD GAMES; EDUCATIONAL PLAYTHINGS, NAMELY, EDUCATIONAL TOYS IN THE NATURE OF AN ILLUSTRATED WALL MAP, CHILDREN'S EDUCATIONAL TOYS FOR DEVELOPING FINE MOTOR, COGNITIVE, ORAL LANGUAGE, NUMBERS, COUNTING SKILLS, COLORS AND ALPHABET SKILLS, EDUCATIONAL TOYS FOR TEACHING MATH PRINCIPLES TO CHILDREN, NAMELY, MANIPULATIVE BLOCKS FOR DISPLAYING PATTERNS AND GROUPINGS; PUZZLES; JIGSAW PUZZLES; MANIPULATIVE GAMES; ELECTRONIC LEARNING GAMES, NAMELY, ELECTRONIC CARD GAMES; PARLOR GAMES; PINBALL MACHINES; HAND HELD UNITS FOR PLAYING VIDEO GAMES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES; ELECTRONIC GAMES, NAMELY, ELECTRONIC DART GAMES, ELECTRONIC TARGETS FOR GAMES AND SPORTS, ELECTRONIC INTERACTIVE BOARD GAMES FOR USE WITH EXTERNAL MONITOR; ELECTRONIC TOYS, NAMELY, ELECTRONIC ACTION TOYS, ELECTRONIC LEARNING TOYS, ELECTRONIC NOVELTY TOYS THAT ELECTRONICALLY RECORD, PLAY BACK, AND DISTORT OR MANIPULATE VOICES AND SOUNDS; HANDHELD UNITS FOR PLAYING COMPUTER GAMES; RADIO-CONTROLLED TOY VEHICLES; CLIMBING SLIDES BEING PLAY APPARATUS FOR CHILDREN; CHILDREN'S PLAYHOUSES; PLAY STRUCTURES FOR CHILDREN, NAMELY, PLAY YARDS IN THE NATURE OF OUTDOOR PLAY STRUCTURES; MOBILES BEING TOYS; BABY RATTLES BEING PLAYTHINGS; TOY BUILDING BLOCKS; PLAY BALLS; DOLLS; PUPPETS; DOLL COSTUMES; TOY HATS; PAPER PARTY HATS; SPORTING ARTICLES AND EQUIPMENT, NAMELY, SOCCER BALLS, SPORT BALLS, TENNIS RACKETS, PERSONAL EXERCISE MATS, GYMNASTIC TRAINING STOOLS, SPORTS GLOVES IN THE NATURE OF GOALKEEPERS' GLOVES, BASEBALL GLOVES, BOXING GLOVES, FENCING GLOVES, WEIGHT LIFTING GLOVES, FOOTBALL GLOVES, HOCKEY GLOVES; SKIPPING ROPES; GYMNASTIC AND SPORTING ARTICLES, NAMELY, GYMNASTIC APPARATUS, PERSONAL EXERCISE MATS FOR GYMNASTICS, GYMNASTIC TRAINING STOOLS; DECORATIONS FOR CHRISTMAS TREES; BALLOONS; COSTUMES FOR DOLLS; PLAY SWIMMING POOLS; SWIMMING FLOATS; SWIMMING EQUIPMENT, NAMELY, RACING LANES, FLIPPERS FOR SWIMMING, SWIMMING BELTS; SWIMMING JACKETS; SWIMMING KICK BOARDS; SNOW GLOBES; TOY TORCHES THAT DO NOT WORK; TOY CAMPING APPARATUS, NAMELY, PLAY TENTS; TOY CAMERAS NOT CAPABLE OF TAKING A PHOTOGRAPH; CONFETTI; PAPER FACE-MASKS; FACE MASKS BEING PLAYTHINGS; PLAYING CARDS FOR TRIVIA GAMES; CREPE PAPER STREAMERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, NOT LIVE, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; TINNED FRUITS; JELLIES, JAMS, COMPOTES, FRUIT AND VEGETABLE SPREADS; MARMALADES; FRUIT MARMALADE; PEANUT BUTTER; EGGS; MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT AND DAIRY SUBSTITUTES, NAMELY, ARTIFICIAL CREAM AND NON-DAIRY CREAMER; YOGHURTS; CHEESE; CHEESE PRODUCTS IN THE NATURE OF CHEESE SPREADS AND CHEESE DIPS; BUTTER; MARGARINE; EDIBLE OILS AND FATS; PRESERVES, PICKLES; POTATO-BASED SNACK FOODS; POTATO CRISPS IN THE FORM OF SNACK FOODS; SNACK FOODS, NAMELY, VEGETABLE OR FRUIT CRISPS; FRUIT-BASED SNACK FOOD; STOCK; STOCK CUBES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA AND ARTIFICIAL COFFEE; RICE; TAPIOCA AND SAGO; FLOUR AND PREPARATIONS MADE FROM CEREALS, NAMELY, BREAKFAST CEREALS, CEREAL BARS; BREAD; EDIBLE ICES; SUGAR, HONEY, TREACLE; YEAST, BAKING-POWDER; SALT; MUSTARD; VINEGAR, SAUCES BEING CONDIMENTS; SPICES; FOOD FLAVOURINGS AND SEASONINGS; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; SALAD DRESSINGS; SAUCES; ICE; CONFECTIONERY, NAMELY, CANDY; CHOCOLATE; SWEETS BEING CANDY; BOILED SWEETS; CANDY BARS AND CHEWING GUM; CHOCOLATE EASTER EGGS; CHOCOLATE SPREADS; PASTRIES,

**Reg. No. 4,948,551**

CAKES, TARTS AND BISCUITS BEING COOKIES; SNACK FOODS, NAMELY, RICE CRISPS; ICE CREAM; BREAKFAST CEREALS, PORRIDGE AND GRITS; CORN FLAKES; CEREAL-BASED SNACK FOODS, NAMELY, CRISPS MADE OF CEREALS, IN CLASS 30 (U.S. CL. 46).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING MOTION PICTURE FILMS, CINEMATOGRAPHIC FILMS, ANIMATED FILMS, FILMS PREPARED FOR EXHIBITION, FILMS AND PROGRAMMES PREPARED FOR TELEVISION, FILMS AND PROGRAMMES PREPARED FOR CINEMA, ANIMATED CARTOONS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING VIDEO AND DATA RECORDINGS AND CARRIERS, INCLUDING VIDEO TAPES AND DVDS, VIDEO AND AUDIO CONTENT, IMAGES, GRAPHICS AND MUSIC PROVIDED BY A TELECOMMUNICATIONS NETWORK, BY ON-LINE DELIVERY AND BY WAY OF THE INTERNET OR OTHER COMPUTER OR COMMUNICATIONS NETWORKS, WIRED AND WIRELESS NETWORKS FOR USE IN DOWNLOADING TO WIRELESS AND HAND HELD DEVICES AND MOBILE TELEPHONES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING PRE-RECORDED FILMS INCORPORATED INTO DISCS, DVDS, CDS, LASER DISCS, VIDEO TAPES AND CASSETTES, APPARATUS FOR THE STORAGE, REPRODUCTION, TRANSMISSION OR PROJECTION OF SOUND AND/OR IMAGES, VIDEO RECORDINGS AND SOUND RECORDINGS IN ELECTRONIC FORM DOWNLOADABLE FROM THE INTERNET, DOWNLOADABLE IMAGE FILES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING PUBLICATIONS IN ELECTRONIC FORM, SUPPLIED ON-LINE FROM COMPUTER DATABASES, FROM THE INTERNET OR ANY OTHER COMMUNICATIONS NETWORK, ELECTRONIC AND COMPUTERISED VIDEO GAMES, VIDEO GAMES SOFTWARE, INTERACTIVE SOFTWARE AND ASSOCIATED HARDWARE FEATURING ENTERTAINMENT, ELECTRONIC PUBLICATIONS RECORDED ON COMPUTER MEDIA, DOWNLOADABLE ELECTRONIC PUBLICATIONS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING DOWNLOADABLE AUDIO AND VIDEO RECORDINGS AND FILES FEATURING MUSIC, COMEDY, DRAMA, ACTION, ADVENTURE AND/OR ANIMATION, COMPUTER PROGRAMS DOWNLOADABLE SOFTWARE, DOWNLOADABLE RINGTONES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING BOOKS, MAGAZINES AND COMICS, CHILDREN'S BOOKS, COLOURING BOOKS, CHILDREN'S ACTIVITY BOOKS, POP-UP BOOKS, ACTIVITY BOOKS, PRINTED PUBLICATIONS, MAGAZINES JOURNALS, PERIODICALS, COMICS, WRITING PAPER, PRINTED MATTER, BOOK BINDINGS, STATIONERY, PENS, PENCILS, COLOURED PENCILS, ERASERS, RULERS, PENCIL SHARPENERS, MARKERS AND CRAYONS, CHALK AND CHALKBOARDS, PENCIL CASES, PENCIL HOLDERS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING PICTURES, PHOTOGRAPHS AND PRINTS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, ARTISTS' MATERIALS, PAINT BRUSHES, PRINTING STAMPS AND INK PADS, PAINTING SETS FOR CHILDREN, ARTS, CRAFTS AND MODELLING EQUIPMENT, MODELING CLAY, MODELING MATERIALS FOR USE BY CHILDREN, MEMO AND NOTICE BOARDS, INSTRUCTIONAL AND TEACHING MATERIALS, DECALCOMANIAS AND STICKERS, HEAT TRANSFERS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING BOOK ENDS, PAPER WEIGHTS, HEIGHT CHARTS, WRITING MATERIALS, BOOKPLATES, TYPEWRITERS, OFFICE REQUISITES, PRINTERS' TYPE, PRINTING BLOCKS, BOOK COVERS, BOOKLETS, ENVEL-

**Reg. No. 4,948,551**

OPES, NOTEBOOKS, ALBUMS, ALMANACS, AUTOGRAPH BOOKS, ADDRESS BOOKS, CALENDARS, DIARIES, PERSONAL ORGANISERS, GREETINGS CARDS, POSTCARDS, BLANK CARDS, CHRISTMAS CARDS, GIFT CARDS, BOOK MARKS, LABELS, NOTE CARDS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING TRADING CARDS, FLASH CARDS, TRIVIA CARDS, LITHOGRAPHS, POSTERS, WRAPPING PAPER, GIFT TAGS, PAPER GIFT BAGS, TABLE CLOTHS OF PAPER, TABLE MATS OF PAPER, CARDBOARD AND CARD, PAPER COASTERS, TABLE NAPKINS OF PAPER, TISSUES, PAPER TOWELS, TISSUE PAPER, TOILET PAPER, PAPER PARTY DECORATIONS, PARTY STATIONERY, PARTY PAPER BAGS, PAPER COASTERS, PAPER DOILIES, CREPE PAPER, CREPE PAPER STREAMERS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING BANNERS OF PAPER, INVITATIONS, PRINTED TICKETS, PAPER CAKE DECORATIONS, MAPS, CHARTS, PAPIER MÂCHÉ, PAPIER MÂCHÉ STATUETTES, PAPER FLAGS, PACKAGING MATERIALS, BAGS MADE OF PAPER FOR PACKAGING, BAGS MADE OF PLASTICS FOR PACKAGING, BOTTLE WRAPPERS OF CARDBOARD OR PAPER, PACKAGING CARTONS OF CARDBOARD, PLASTIC MATERIALS FOR PACKAGING; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING PRINTED PATTERNS, PRINTED PATTERNS FOR COSTUMES, PYJAMAS, SWEATSHIRTS AND T-SHIRTS, EMBROIDERY DESIGN PATTERNS, KNITTING, EMBROIDERY AND CLOTHING PATTERNS, LEATHER AND IMITATIONS OF LEATHER, ANIMAL SKINS, HIDES, LEATHER BOXES, LEATHER COVERS, TRUNKS AND TRAVELLING BAGS, LUGGAGE, SUITCASES, RUCKSACKS, SCHOOL BAGS, DUFFLE BAGS, HOLDALLS, TOTE BAGS, BEACH BAGS, HANDBAGS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING PURSES, WALLETS, UMBRELLAS AND PARASOLS, WALKING STICKS, HARNESS AND SADDLERY, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, PLATES, CUPS, SAUCERS, MUGS, JUGS, POTS, DISHES, BOWLS, GLASSES, DRINKING VESSELS AND BARWARE, NAPKIN RINGS, COASTERS BEING TABLEWARE, PAPER PLATES, RUBBER GLOVES FOR DOMESTIC USE, PLASTIC EGG HOLDERS FOR DOMESTIC USE, LAUNDRY HAMPERS FOR DOMESTIC OR HOUSEHOLD USE; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING TRAYS FOR DOMESTIC USE, WASTE BINS FOR HOUSEHOLD USE, SOAP BOXES, PICNIC BOXES, LUNCH BOXES, BREAD BOXES, BOTTLES, COSMETIC UTENSILS, TOILET UTENSILS, COMBS AND SPONGES, BRUSHES EXCEPT PAINTBRUSHES, BRUSH-MAKING MATERIALS, ARTICLES FOR CLEANING PURPOSES, UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING, GLASSWARE, PORCELAIN AND EARTHENWARE NOT INCLUDED IN OTHER CLASSES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING STATUES, FIGURINES, PLAQUES AND WORKS OF ART, MADE OF MATERIALS SUCH AS PORCELAIN, TERRA-COTTA OR GLASS, INCLUDED IN THE CLASS, CERAMIC ORNAMENTS, GLASSWARE NOT INCLUDED IN OTHER CLASSES, CHINAWARE, MONEY BOXES, BABY BATHTUBS, CLOTHING, T-SHIRTS, SWEATSHIRTS, SWEATERS, DRESSES, SKIRTS, BLOUSES, KNITWEAR, DUNGAREES, JOGGING SUITS, TROUSERS, JEANS, PANTS, SHORTS, TANK TOPS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING COATS, JACKETS, ANORAKS, RAINWEAR, RAINCOATS, RAINPROOF JACKETS, SNOW SUITS, SLEEPWEAR, PYJAMAS, LINGERIE, UNDERWEAR, SOCKS, SLIPPER SOCKS, FOOTWEAR, BOOTS, WELLINGTON BOOTS, SHOES, SLIPPERS, SNEAKERS, SANDALS, BOOTIES, HEADGEAR, HATS, CAPS, SWIMMING CAPS, SCARVES, GLOVES, MITTENS, APRONS, TABARDS, ROBES, TIGHTS, TIES, FABRIC BELTS, WAIST BELTS, BELTS MADE OF LEATHER, SUSPENDERS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL

**Reg. No. 4,948,551**

STORE SERVICES FEATURING SUN VISORS, SWIMWEAR, CLOTH BIBS, COSTUMES, FANCY DRESS COSTUMES, MASQUERADE COSTUMES, COSTUMES FOR USE IN ROLE-PLAYING GAMES, TOYS, GAMES, PLAYTHINGS AND NOVELTIES, PLUSH TOYS, FABRIC TOYS, BATHTUB TOYS, INFLATABLE TOYS, CHILDREN'S MULTIPLE ACTIVITY TOYS, RIDE-ON TOYS, RIDE-ON TOY VEHICLES, PLAYING CARDS, CARD GAMES, TOY VEHICLES, BOARD GAMES, EDUCATIONAL PLAYTHINGS, PUZZLES, JIGSAW PUZZLES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING MANIPULATIVE GAMES, ELECTRONIC LEARNING GAMES, PARLOR GAMES, PINBALL MACHINES, HAND HELD VIDEO GAMES, HAND-HELD ELECTRONIC GAMES, ELECTRONIC GAMES, ELECTRONIC TOYS, HANDHELD COMPUTER GAMES, RADIO-CONTROLLED TOYS, CLIMBING SLIDES BEING PLAY APPARATUS FOR CHILDREN, CHILDREN'S PLAYHOUSES, PLAY STRUCTURES FOR CHILDREN, MOBILES TOYS, RATTLES PLAYTHINGS, TOY BLOCKS, PLAYING BALLS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING DOLLS, PUPPETS, DOLL COSTUMES, TOY HATS, PAPER PARTY HATS, SPORTING ARTICLES AND EQUIPMENT, GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, DECORATIONS FOR CHRISTMAS TREES, BALLOONS, COSTUMES BEING CHILDRENS' PLAYTHINGS, PLAY SWIMMING POOLS, SWIMMING FLOATS, SWIMMING EQUIPMENT, TOY BANKS, SNOW GLOBES, TOY TORCHES NOT WORKING, TOY CAMPING APPARATUS; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING TOY CAMERAS NOT CAPABLE OF TAKING A PHOTOGRAPH, CONFETTI, PAPER FACE-MASKS, FACE MASKS BEING PLAYTHINGS, MEAT, FISH, POULTRY AND GAME, MEAT EXTRACTS, PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES, TINNED FRUITS, JELLIES, JAMS, COMPOTES, FRUIT AND VEGETABLE SPREADS, MARMALADES, FRUIT MARMALADE, PEANUT BUTTER, EGGS, MILK AND MILK PRODUCTS, DAIRY PRODUCTS AND DAIRY SUBSTITUTES; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING YOGHURTS, CHEESE, CHEESE PRODUCTS, BUTTER, MARGARINE, EDIBLE OILS AND FATS, PRESERVES, PICKLES, POTATO-BASED SNACK FOODS, POTATO CRISPS IN THE FORM OF SNACK FOODS, CRISPS, FRUIT-BASED SNACK FOOD, STOCK, STOCK CUBES, COFFEE, TEA, COCOA AND ARTIFICIAL COFFEE, RICE, TAPIOCA AND SAGO, FLOUR AND PREPARATIONS MADE FROM CEREALS, BREAD, EDIBLE ICES, SUGAR, HONEY, TREACLE, YEAST, BAKING-POWDER; ON-LINE RETAIL STORE SERVICES, ELECTRONIC SHOPPING RETAIL SERVICES IN THE NATURE OF OPERATING AN ON-LINE SHOPPING SITE, AND RETAIL STORE SERVICES FEATURING SALT, MUSTARD, VINEGAR, SAUCES BEING CONDIMENTS, SPICES, FLAVOURINGS AND SEASONINGS, FRUIT SAUCES, SALAD DRESSINGS, SAUCES, ICE, CONFECTIONERY, CHOCOLATE, SWEETS BEING CANDY, BOILED SWEETS, CANDY BARS AND CHEWING GUM, EASTER EGGS, CHOCOLATE SPREADS, PASTRIES, CAKES, TARTS AND BISCUITS BEING COOKIES, RICE CRISPS, ICE CREAM, BREAKFAST CEREALS, PORRIDGE AND GRITS, CORN FLAKES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING PROGRAMS FEATURING RECREATIONAL ACTIVITIES, LITERACY TRAINING, ART EVENTS, AND SPORTING EVENTS FOR CHILDREN, PROVIDING ON-LINE INTERACTIVE CHILDREN'S STORIES, CONDUCTING ONLINE EDUCATIONAL PROGRAMS IN THE FIELD OF READING COMPREHENSION, SCIENCE, MATH, COLORS, NUMBERS, AND ALPHABET VIA AN INTERACTIVE WEBSITE; AND OPERATING AN INTERACTIVE WEBSITE TO PROVIDE INTERACTIVE GAMES FOR CHILDREN; PROVIDING CLASSES, SEMINARS, WORKSHOPS AND CONFERENCES IN THE FIELD OF CHILDREN'S EDUCATION; ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS; ENTERTAINMENT SERVICES IN THE NATURE OF CONTINUING LIVE-ACTION, COMEDY, DRAMA AND/OR ANIMATED TELEVISION PROGRAMMES; THEATRICAL PERFORMANCES BOTH ANIMATED AND LIVE ACTION, NAMELY, MOVIE THEATERS, CINEMA THEATERS, ENTERTAINMENT IN THE NATURE

**Reg. No. 4,948,551**

OF THEATRE PRODUCTIONS; PRODUCTION AND RENTAL OF TELEVISION AND RADIO PROGRAMMES AND FILMS, ANIMATED FILMS, VIDEOS, DVDS, COMPUTER GAMES AND SOUND AND/OR VISUAL RECORDINGS; DISTRIBUTION OF TELEVISION AND RADIO PROGRAMMES AND MOTION PICTURE FILMS, ANIMATED FILMS; PUBLICATION OF PRINTED MEDIA AND RECORDINGS, NAMELY, PUBLICATION OF PRINTED MATTER, DIGITAL VIDEO, AUDIO AND MULTIMEDIA PUBLISHING SERVICES; ARRANGING AND CONDUCTING EXHIBITIONS, SHOWS AND TOURS, ALL FOR ENTERTAINMENT PURPOSES, NAMELY, ARRANGING AND ORGANIZING EXHIBITIONS AND LIVE PERFORMANCES IN THE FIELD OF CHILDREN'S ENTERTAINMENT; ENTERTAINMENT SERVICES PROVIDED VIA THE INTERNET OR OTHER COMPUTER OR COMMUNICATIONS NETWORKS INCLUDING WIRELESS, CABLE OR SATELLITE, NAMELY, CHILDREN'S ENTERTAINMENT IN THE NATURE OF ONLINE COMPUTER GAMES, VIDEO GAMES AND PUZZLES, ONLINE INTERACTIVE STORIES; INFORMATION RELATING TO EDUCATION AND ENTERTAINMENT PROVIDED ON-LINE FROM A COMPUTER DATABASE OR THE INTERNET; ELECTRONIC GAMES SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK; PROVIDING ON-LINE NON-DOWNLOADABLE OR NON-STREAMABLE PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, JOURNALS AND NEWSLETTERS IN THE FIELD OF CHILDREN'S ENTERTAINMENT; ON-LINE PUBLICATION OF NON-DOWNLOADABLE ELECTRONIC BOOKS AND JOURNALS; PROVIDING INTERACTIVE MULTI-PLAYER COMPUTER GAMES VIA THE INTERNET AND ELECTRONIC COMMUNICATION NETWORKS; ORGANISING AND CONDUCTING ENTERTAINMENT, GAMES AND COMPETITIONS, NAMELY, VIDEO GAMES COMPETITIONS, PROVISION OF AN INTERACTIVE WEBSITE IN THE FIELD OF CHILDREN'S ENTERTAINMENT, THE ORGANIZATION OF LIVE SHOW PERFORMANCES, CHARACTER APPEARANCES, AND DRAWING COMPETITIONS; AMUSEMENT AND THEME PARK SERVICES; PROVIDING OF TRAINING IN THE FIELD OF CHILDREN'S ENTERTAINMENT AND EDUCATION; ARRANGING AND CONDUCTING OF OUTDOOR AND INDOOR LIVE ENTERTAINMENT AND SPORTING EVENTS IN THE NATURE OF LIVE MUSICAL PERFORMANCES, SOCCER GAMES, OUTDOOR FESTIVALS, PERFORMANCES AND CONCERTS IN THE FIELD OF CHILDREN'S ENTERTAINMENT; PROVIDING ONLINE NON-DOWNLOADABLE RING TONES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-5-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1250884 DATED 12-22-2014, EXPIRES 12-22-2024.

OWNER OF U.S. REG. NOS. 2,997,536, 3,408,840 AND OTHERS.

SER. NO. 79-166,757, FILED 12-22-2014.

KRISTINA MORRIS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cl.: 22**

**Reg. No. 1,431,281**

# United States Patent and Trademark Office

**Registered Mar. 3, 1987**

## TRADEMARK
## PRINCIPAL REGISTER

## PADDINGTON STN

EDEN TOYS, INC. (NEW YORK CORPORATION)
112 WEST 34TH STREET
NEW YORK, NY 10120

FOR: STUFFED TOYS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 4-0-1975; IN COMMERCE 4-0-1975.

OWNER OF U.S. REG. NOS. 1,202,866 AND 1,344,546.

SER. NO. 540,432, FILED 5-30-1985.

SUSAN A. RICHARDS, EXAMINING ATTORNEY

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.11.28 10:03:42 -05'00'

# United States of America
## United States Patent and Trademark Office

**Reg. No. 6,920,301**

**Registered Dec. 13, 2022**

**Int. Cl.: 9, 16, 18, 21, 25, 28, 29, 30, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

Paddington and Company Limited (UNITED KINGDOM Limited Company )
3rd Floor, 3 Pancras Square
London N1C 4AG
UNITED KINGDOM

CLASS 9: Motion picture films featuring children's entertainment; exposed cinematographic films; animated motion picture films featuring children's entertainment; motion picture films featuring children's entertainment and animation cartoons prepared for exhibition; motion picture films and films prepared for television featuring animated cartoons; prerecorded magnetic data carriers featuring animated cartoons; Prerecorded video tapes and dvds featuring animated cartoons; video and audio content, images, graphics and music provided by a telecommunications network, by on-line delivery and by way of the internet or other computer or communications networks, namely, downloadable ring tones, music and electronic games via the internet and wireless devices; prerecorded discs, dvds, cds, laser discs, video tapes and cassettes all featuring motion picture films featuring children's entertainment; apparatus for the recording, transmission and reproduction of sound and images; video recordings and sound recordings in electronic form downloadable from the internet, namely, downloadable music videos; downloadable image files in the field of children's animated cartoon characters; downloadable publications, namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; dowloadable computer programs for video and computer games; downloadable video game software; downloadable interactive video game software and associated computer hardware; electronic publications recorded on computer media , namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; downloadable electronic publications, namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; downloadable audio and video recordings featuring comedy, drama, action, adventure and animation films; downloadable music files; downloadable computer game programs, for children's entertainment featuring audio and video entertainment; downloadable video game software for children's

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

entertainment featuring audio and video entertainment; downloadable ring tones

CLASS 16: Printed comic books; printed children's books; printed coloring books; printed children's activity books; printed children's pop-up story books and activity books; printed publications, namely, books, magazines, newsletters and journals in the field of children's entertainment, animation and cartoons; printed periodicals in the field of movies; printed comics; writing paper; printed matter, namely, greeting cards; stationery; pens; pencils; colored pencils; erasers; ungraduated rulers; drawing rulers; pencil sharpeners; markers and crayons; chalk and chalkboards; pencil cases; pencil holders; pictures in the nature of drawings, framed art pictures and printed lithographs; printed photographs and prints in the nature of printed lithographs; adhesives for stationery or household purposes; artists' materials in the nature of molds for modeling clays; paint brushes; ink stamps and ink pads; painting sets for children; arts and crafts clay modelling kits; modeling clay; modeling clay for use by children; memorandum boards; printed instructional and teaching materials in the field of reading comprehension, science, math, numbers and alphabet; decalcomanias and stickers; heat transfer paper; book ends; paper weights; printed charts for displaying data about human height; writing materials, namely, fountain pens; book plates; typewriters; office requisites, namely, paper hole punches, staplers, rubber bands and adhesive tape dispensers; printers' type; printing blocks; book covers; printed booklets in the field of children's entertainment and education; envelopes; paper and wire-bound notebooks; albums for coins, photographs, stamps and stickers; printed almanacs; printed autograph books; printed address books; printed calendars; printed diaries; personal organizers; printed greetings cards; printed postcards; blank notecards; printed Christmas cards; non-magnetically encoded gift cards; book marks; paper labels; printed note cards; printed collectible non-sports trading cards; printed flash cards in the field of spelling; printed trivia cards other than for games; lithographs; printed posters; wrapping paper; paper gift tags; paper gift bags; table cloths of paper; table mats of paper; cardboard; paper coasters; table napkins of paper; facial tissues; paper towels; tissue paper; toilet paper; paper party decorations; party stationery, namely, printed invitation cards; paper party bags; paper doilies; crepe paper; banners of paper; printed invitations; printed tickets; paper cake decorations; printed maps; paper mache; paper mache figurines; paper flags; packaging materials, namely, bags made of paper for packaging, bags made of plastics for packaging, bottle wrappers of cardboard or paper, packaging cartons of cardboard; plastic materials for packaging, namely plastic film; printed sewing patterns; printed patterns for making costumes, pajamas, sweatshirts and t-shirts; printed embroidery design patterns; printed patterns for knitting, embroidery and sewing clothing

CLASS 18: Leather and imitations of leather; animal skins, hides; travelling trunks and travelling bags; luggage; suitcases; rucksacks; school bags; duffle bags; holdalls; tote bags; beach bags; handbags; purses; wallets; umbrellas and parasols; walking sticks; harness and saddlery

CLASS 21: Household or kitchen utensils and containers, namely, plates, cups, saucers, mugs, jugs, pots, dishes, bowls, knives, cooking and serving forks, cooking and serving spoons, chopsticks, drinking glasses, drinking vessels and barware in the nature of bottle openers, ice buckets, cocktail shakers, corkscrews, beverage stirrers, seltzer bottles and ice scoops; napkin rings; coasters not of paper and other than textile; paper plates; rubber gloves for domestic use; plastic egg holders for domestic use; laundry hampers for domestic or household use; trays for domestic use; waste bins for household use; soap boxes; picnic baskets sold empty; lunch boxes; bread boxes; bottles sold empty; cosmetic utensils, namely, non-woven fabric wipes, cosmetic brushes, cosmetic brushes and spatulas; toilet brushes and toilet brush holders; hair combs; bath sponges; hair, nail and tooth brushes; lint brushes; shaving brushes; brush-making materials; articles for cleaning purposes, namely, cleaning cloths, steel wool, cleaning sponges, mops and brooms; unworked or semi-worked glass other than building glass; statues, figurines plaques and works of art of glassware, porcelain and earthenware; ceramic figurines; beverage glassware; chinaware, namely, china ornaments; money boxes, namely, piggy

banks; baby bathtubs

CLASS 25: Clothing, namely, t-shirts, sweatshirts, sweaters, dresses, skirts, and blouses; knitwear, namely, jumpers in the nature of sweaters; shirts and pants; dungarees; jogging suits; trousers; jeans; pants; shorts; tank tops; coats; jackets; anoraks; rainwear; raincoats; rainproof jackets; snow suits; sleepwear; pajamas; lingerie; underwear; socks; slipper socks; footwear; boots; wellington boots; shoes; slippers; sneakers; sandals; booties; headwear; hats; baseball caps; swimming caps; scarves; gloves; mittens; aprons; tabards; robes; tights; ties being clothing; fabric belts; waist belts; belts made of leather; suspenders; sun visors being headwear; swimwear; cloth bibs; swimming costumes; dance costumes; Halloween costumes; fancy dress costumes, namely, masquerade costumes; costumes for use in role-playing games

CLASS 28: Toys, games, playthings and novelties, namely, plush toys, fabric toys being dolls, bathtub toys, inflatable toys, children's multiple activity toys, ride-on toys, ride-on toy vehicles, playing cards, card games, toy vehicles, and board games; educational playthings, namely, puzzles, jigsaw puzzles, manipulative games, electronic learning games for the teaching of children; parlor games; pinball machines; hand held joy stick units for playing video games; hand held units for playing electronic games; electronic educational game machines for children; radio-controlled toy vehicles; playground equipment, namely, climbing slides for children; children's play houses; playground equipment, namely, outdoor play structures for children; toy mobiles; baby rattles; toy building blocks; play balls; dolls; puppets; doll costumes; toy hats; paper party hats; sporting articles and equipment, namely, soccer balls, sport balls, tennis rackets, gymnastic training stools, roller skates and skipping ropes; gymnastic apparatus; decorations for Christmas trees other than confectionery or lights; balloons; costumes for dolls; play swimming pools; swimming floats; swimming equipment, namely, racing lanes and starting blocks, flippers for swimming, swimming belts, swimming jackets and swimming kick boards; play money; snow globes; toy torches being toy flashlights that do not emit light; toy camping apparatus in the nature of play tents; toy cameras not capable of taking a photograph; confetti; paper face masks being toy masks; face masks being playthings; crepe paper streamers

CLASS 29: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; tinned fruits; jellies, jams, compotes, fruit and vegetable spreads; marmalades; fruit marmalade; peanut butter; eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; dairy products, namely, cheese; dairy substitutes, namely, artificial cream and non-dairy creamer; yoghurts; cheese; cheese substitutes; cheese products, namely, cheese spreads and cheese dips; butter; margarine; edible oils and fats; meat and fish preserves, preserved fruits and vegetables; pickles; potato-based snack foods; potato crisps in the form of snack foods; nut-based snack foods, namely, nut crisps; fruit-based snack food; stock; stock cubes

CLASS 30: Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour; cereal-based snack foods; breakfasts cereals and cereal bars; bread and pastry; confectionery namely chocolate confectionery and candy; edible ices; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar; condiments, namely, prepared horseradish, oyster sauce, and pepper sauce; spices; food flavorings and seasonings other than essential oils; fruit sauces excluding cranberry sauce and applesauce; salad dressings; sauces; ice; chocolate; sweets; boiled sweets; candy bars and chewing gum; candy in the form of Easter eggs; chocolate spreads; pastries, cakes, tarts and biscuits and cookies; rice crisps; ice cream; breakfast cereals, porridge and grits; corn flakes

CLASS 35: Advertising; business management; business administration; office functions; online retail store services and online retail ordering services featuring motion picture films, cinematographic films, animated films, films prepared for exhibition, films and programs prepared for television and cinema, animated cartoons, video and data recordings, video tapes and dvds, videos, apparatus for the storage, reproduction, transmission and projection of sound and images, video recordings and sound recordings in electronic form downloadable from the internet, downloadable

image files, electronic publications, electronic and computerized video games, video game software, interactive software and associated computer hardware featuring entertainment, electronic publications recorded on computer media, downloadable electronic publications, downloadable audio and video recordings and files featuring music, comedy, drama, action, adventure and animation, computer programs, downloadable software, downloadable ring tones, books, magazines and comics, children's books, colouring books, children's activity books, pop-up books, activity books, printed publications, magazines, journals, periodicals, comics, writing paper, book bindings, stationery, pens, pencils, coloured pencils, erasers, rulers, pencil sharpeners, markers and crayons, chalk and chalkboards, pencil cases, pencil holders, pictures, photographs and prints, adhesives for stationery or household purposes, artists' materials, paint brushes, ink stamps and ink pads, painting sets for children, arts, crafts and modelling equipment, modeling clay, modeling materials for use by children, memo and notice boards, printed instructional and teaching materials in the field of reading comprehension, science, math, numbers and alphabet , decalcomanias and stickers, heat transfers, book ends, paper weights, height charts, writing paper, book plates, typewriters, office requisites, printers' type, printing blocks, book covers, booklets, envelopes, notebooks, albums, almanacs, autograph books, address books, calendars, diaries, personal organizers, greetings cards, postcards, blank cards, Christmas cards, gift cards, book marks, labels, note cards, trading cards, flash cards, trivia cards, lithographs, posters, wrapping paper, gift tags, paper gift bags, table cloths of paper, table mats of paper, cardboard, paper coasters, table napkins of paper, tissues, paper towels, tissue paper, toilet paper, paper party decorations, party stationery, party paper bags, paper doilies, crepe paper, crepe paper streamers, banners of paper, invitations, printed tickets, paper cake decorations, maps, charts, paper mache, paper mache statuettes, paper flags, packaging materials, bags made of paper for packaging, bags made of plastics for packaging, bottle wrappers of cardboard or paper, packaging cartons of cardboard, plastic materials for packaging, printed patterns, printed patterns for costumes, pajamas, sweatshirts and t-shirts, embroidery design patterns, knitting, embroidery and clothing patterns, leather and imitations of leather, animal skins, hides, trunks and travelling bags, luggage, suitcases, rucksacks, school bags, duffle bags, holdalls, tote bags, beach bags, handbags, purses, wallets, umbrellas and parasols, walking sticks, harness and saddlery, household or kitchen utensils and containers, plates, cups, saucers, mugs, jugs, pots, dishes, bowls, glasses, drinking vessels and barware, napkin rings, coasters, paper plates, rubber gloves for domestic use, plastic egg holders for domestic use, laundry hampers for domestic or household use, trays for domestic use, waste bins for household use, soap boxes, picnic boxes, lunch boxes, bread boxes, bottles, cosmetic utensils, toilet utensils, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except glass used in building, statues and figurines and plaques and works of art made of porcelain, terra-cotta and glass, ceramic ornaments, glassware, chinaware, money boxes, baby bathtubs, clothing, t-shirts, sweatshirts, sweaters, dresses, skirts, blouses, knitwear, dungarees, jogging suits, trousers, jeans, pants, shorts, tank tops, coats, jackets, anoraks, rainwear, raincoats, rainproof jackets, snow suits, sleepwear, pajamas, lingerie, underwear, socks, slipper socks, footwear, boots, wellington boots, shoes, slippers, sneakers, sandals, booties, headgear, hats, caps, swimming caps, scarves, gloves, mittens, aprons, tabards, robes, tights, ties, fabric belts, waist belts, belts made of leather, suspenders, sun visors, swimwear, cloth bibs, costumes, fancy dress costumes, masquerade costumes, costumes for use in role-playing games, toys, games, playthings and novelties, plush toys, fabric toys, bathtub toys, inflatable toys, children's multiple activity toys, ride-on toys, ride-on toy vehicles, playing cards, card games, toy vehicles, board games, educational playthings, puzzles, jigsaw puzzles, manipulative games, electronic learning games, parlor games, pinball machines, hand held video games, hand-held electronic games, electronic games, electronic toys, handheld computer games, radio-controlled toys, climbing slides being play apparatus for children, children's playhouses, play structures for children, toy mobiles, rattles, toy blocks, playing balls, dolls, puppets, doll costumes, toy hats, paper party hats, sporting articles and equipment, gymnastic and sporting articles, decorations for Christmas trees, balloons, costumes being children playthings, play swimming

pools, swimming floats, swimming equipment, toy banks, snow globes, toy torches not working, toy camping apparatus, toy cameras not capable of taking a photograph, confetti, paper face masks, face masks being playthings, meat, fish, poultry and game, meat extracts, preserved, frozen, dried and cooked fruits and vegetables, tinned fruits, jellies, jams, compotes, fruit and vegetable spreads, marmalades, fruit marmalade, peanut butter, eggs, milk and milk products, dairy products and dairy substitutes, yoghurts, cheese, cheese products, butter, margarine, edible oils and fats, fruit preserves, pickles, potato-based snack foods, potato crisps in the form of snack foods, fruit-based snack food, stock, stock cubes, coffee, tea, cocoa and artificial coffee, rice, tapioca and sago, flour and cereal based snack food, bread, pastry and confectionery, edible ices, sugar, honey, treacle, yeast, baking-powder, salt, mustard, vinegar, sauce condiments, spices, food flavorings and seasonings, fruit sauces, salad dressings, sauces, ice, confectionery, chocolate, sweets, boiled sweets, candy bars and chewing gum, chocolate candy in the form of Easter eggs, chocolate spreads, pastries, cakes, tarts and biscuits, rice crisps, ice cream, breakfast cereals, porridge and grits and corn flakes

CLASS 41: Education services, namely, conducting programs in the field of physical exercise and the arts featuring recreational activities, literacy training, art events and sporting events for children; educational services, namely, providing on-line classes in the field of social development for children that also feature interactive children's stories; entertainment services, namely providing a website featuring photographic, audio, video, and prose presentations featuring children's education; providing online interactive games for children including educational games; providing classes, seminars, workshops and conferences in the field of children's education; organizing community sporting and cultural events; entertainment services, namely, continuing television programs featuring live action, comedy, drama and animated cartoons broadcast over television, satellite, audio and video media; entertainment in the nature of theater productions featuring live action and animation; production and distribution of television and radio programs, motion picture films and animated films; production and distribution of videos in the field of children's entertainment; production of musical sound recordings; rental of films, animated films, videos, DVDs and computer games; publication of printed matter; arranging and conducting guided walking tours for recreational purposes; organizing exhibitions for entertainment purposes; organization of live shows, namely stand-up comedy and theatrical show performances for entertainment purposes; conducting live educational computer training seminars; providing information about education and entertainment via online from a computer database and the internet; electronic games services provided via a global computer network; providing online non-downloadable publications, namely, electronic books and journals in the field of children's entertainment, reading comprehension, science, math, numbers and alphabet; entertainment services, namely, providing temporary use of non-downloadable interactive multi-player games via the internet and electronic communication networks; organizing and conducting entertainment, games and competitions, namely, video games competitions, provision of an interactive website featuring information and links relating to children's entertainment, organization of live musical performances, personal appearances by fictional television and movie characters, and art competitions in the field of drawing; amusement park and theme park services; providing of training in the field of children's entertainment and education; providing movie showings, live musical performances, soccer games, performances and concerts in the field of children's entertainment in outdoor and indoor venues; providing online non-downloadable ring tones

The mark consists of a circle containing a hat with a bear nose below the hat.

PRIORITY DATE OF 02-24-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1626869 DATED 04-28-2021, EXPIRES 04-28-2031

SER. NO. 79-325,962, FILED 04-28-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,406,885

**United States Patent and Trademark Office** Registered Aug. 26, 1986

## TRADEMARK
### PRINCIPAL REGISTER

Please look
after this
BEAR THANK
YOU.

EDEN TOYS, INC. (NEW YORK CORPORATION)
112 WEST 34TH STREET
NEW YORK, NY 10120

FOR: STUFFED TOYS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 4-0-1975; IN COMMERCE 4-0-1975.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEAR", APART FROM THE MARK AS SHOWN.

SER. NO. 543,956, FILED 6-20-1985.

W. A. CONN, EXAMINING ATTORNEY